IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| WANDA EVETTE DOYLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 117-144 |
| | ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS IN PART** Plaintiff's motion for attorneys' fees, (doc. no. 18), and **AWARDS** attorneys' fees in the amount of $4,463.50 and expenses in the amount of $16.00.

SO ORDERED this 4th day of December, 2018, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA