IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| WANDA EVETTE DOYLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 117-144 |
| | ) |
| ANDREW M. SAUL, Commissioner | ) |
| of Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Plaintiff's motion for attorney's fees pursuant to 42 U.S.C. § 406(b), (doc. no. 23), and awards attorney's fees in the amount of $9,461.38.

SO ORDERED this ___8th___ day of October, 2020, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA